George Haines, Esq.  
Nevada Bar No. 9411  
David Krieger, Esq.  
Nevada Bar No. 9086  
HAINES & KRIEGER, LLC  
8985 S. Eastern Ave.  
Las Vegas, NV 89123  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Kimberly Yavonne Bustamante

E-FILED: October 22, 2018

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-18-16305-ABL |
|---|---|
| | ) Chapter 13 |
| | ) |
| | ) Hearing Date: OST REQUESTED |
| **Kimberly Yavonne Bustamante,** | ) Hearing Time: OST REQUESTED |
| | ) |
| | ) |
| Debtor(s). | ) |
| | ) |
| | ) |

### MOTION FOR ORDER SHORTENING TIME ON MOTION FOR CONTINUATION OF AUTOMATIC STAY TO ALL CREDITORS

COME NOW, Kimberly Yavonne Bustamante, by and through attorney of record, George Haines, Esq., and hereby moves this Honorable Court for an Order Shortening Time within which the attached MOTION FOR CONTINUATION OF AUTOMATIC STAY TO ALL CREDITORS may be heard in the above-entitled action by November 18, 2018.

Dated: October 22, 2018

/s/George Haines, Esq.  
George Haines, Esq.  
Attorney for Debtor(s)