

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 24, 2018
_____

George Haines, Esq.
Nevada Bar No.: 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Ave.
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Kimberly Yavonne Bustamante

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**Kimberly Yavonne Bustamante,**<br><br>**Debtor(s).** | Case No. BKS-18-16305-MKN<br>Chapter 13<br><br>Hearing Date:  October 31, 2018<br>Hearing Time:  2:30 p.m. |

### ORDER SHORTENING TIME ON MOTION FOR CONTINUATION OF AUTOMATIC STAY TO ALL CREDITORS

Upon the Debtors' **MOTION FOR ORDER SHORTENING TIME ON MOTION FOR CONTINUATION OF AUTOMATIC STAY TO ALL CREDITORS** in the above-entitled action, and good cause appearing therefore,

… IT IS HEREBY ORDERED that the time for hearing on the Debtor's **MOTION FOR ORDER SHORTENING TIME ON DEBTOR'S MOTION FOR CONTINUATION OF AUTOMATIC STAY TO ALL CREDITORS** filed herein by counsel for the Debtor be heard

- 2 -

on the <u>31 day of October, 2018</u>, at the hour of <u>2:30 p.m.</u> Courtroom # <u>2</u> of the above-entitled Court and <u>October 29, 2018</u> shall be the deadline to objection to this motion. The Debtor will thereafter have to <u>the hearing date and time to</u> reply to any objections raised.

The Order on this motion shall be served within <u>1</u> days of entry of this Order.

DATED this _____ day of _____, 2018.


Submitted by:

HAINES & KRIEGER, L.L.C.

By:    <u>/s/George Haines, Esq.</u>
       George Haines, Esq.
       Attorney for Debtor(s)

###