KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
kal13mail@las13.com
Tel: (702) 853-0700
Fax: (702) 853-0713

E-FILED

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>KIMBERLY YAVONNE BUSTAMANTE<br><br>Debtor(s) | CASE NO: BKS-18-16305-MKN<br><br>CHAPTER 13<br><br>Hearing Date: February 14, 2019<br>Hearing Time: 1:30 pm |

HAINES & KRIEGER LLC
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN
#1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee, in the above captioned bankruptcy case and hereby alleges as follows:

**Statement of Facts**

The Debtor(s) filed for Chapter 13 relief on 10/19/2018. The 341(a) Meeting of Creditors held on December 27, 2018 at 11:30 am was concluded.

**Argument**

The Trustee objects to confirmation of the Chapter 13 Plan and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c) for one or more of the following reasons:

- Debtor(s) is/are delinquent in plan payments. 11 U.S.C. §1307(c)(1)
- Debtor(s) failed to comply with notice/re-notice requirements. Certificate of Service for Notice of Hearing and Plan #1 F.R.B.P. 2002(a) & (b) & 11 U.S.C. §1307(c)(1)
- Compensation of Debtor(s)' attorney requires an independent review by the court. Trustee requests that Debtor(s)' attorney file an application for compensation pursuant to 11 U.S.C. §330.

- Plan is not feasible as required by 11 U.S.C. §1322 based on: IRS; Nevada West Financial
- Other: Trustee objects to a car being paid in the plan which does not show debtor's name on vehicle contract

Debtor(s) failed to cooperate with the Trustee as necessary to enable the Trustee to perform her duties pursuant to 11 U.S.C. §521(a)(3), §704 and/or §1302. This failure to cooperate has caused unreasonable delay that is prejudicial to creditors under 11 U.S.C. §1307(c)(1) as the Debtor(s) did not provide the following documents:

- Amendment to Schedule A/B Real and personal Property: #17: need to list non filing spouse's bank account- Fidelity per testimony.
- Amendment to Schedule I. Current Income of Individual Debtor(s): need to include tips per testimony.

### Conclusion

WHEREFORE, for the foregoing reasons, the Trustee objects to confirmation and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c).

Dated: 1/2/19

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>**KIMBERLY YAVONNE BUSTAMANTE**<br><br><br><br>**Debtor (s)** | CASE NO: BKS-18-16305-MKN<br>**Chapter 13** |

**CERTIFICATE OF SERVICE**

1. On January 02, 2019, I served the following document(s):

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

2. I served the above-named documents(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

KIMBERLY YAVONNE BUSTAMANTE
6758 FLAMENCO CT
LAS VEGAS, NV  89139

HAINES & KRIEGER LLC
8985 S EASTERN AVENUE
SUITE 350
HENDERSON, NV  89123

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 1/2/19

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee