_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 10, 2019

The Law Offices of Christine A. Roberts PLLC
Christine A. Roberts, Esq.
Nevada Bar No: 6472
3815 S. Jones Blvd. Suite 5
Las Vegas, NV 89103
Telephone: (702) 728-5285
Email: christine@crobertslaw.net

Attorneys for HLS of Nevada LLC *dba* Nevada West Financial

UNITED STATES BANKRUPTCY COURT
District of Nevada

| | |
|---|---|
| In Re | CASE NO.: BK-S- 18-16305-MKN |
| KIMBERLY YAVONNE BUSTAMANTE | Chapter 7 |
| Debtor. | **ORDER GRANTING EX PARTE APPLICATION FOR RELEIF FROM STAY** |

  Creditor, HLS of Nevada LLC *dba* Nevada West Financial of the above-entitled bankruptcy Estate ("the Creditor"), by and through its attorney Christine A. Roberts, Esq., of the Law Offices of Christine A. Roberts, PLLC, the Ex Parte Application For Relief From Stay having been filed, the Court orders the following:

- 1 -

346400-v1

1  **IT IS HEREBY ORDERED** that the Ex Parte Application is granted as to Debtor's 2011 Kia Sorento;

2  **IT IS FURTHER ORDERED** that Creditor, HLS of Nevada LLC *dba* Nevada West Financial ("Creditor") has relief from the automatic stay pursuant to 11 U.S.C. Section 362(d) to pursue all legal remedies relevant to the 2011 Kia Sorento, Vin # 5XYKT3A14BG109289 automobile, including but not limited to, initiating or continuing with any repossession actions;

3  **IT IS FURTHER ORDERED** that this order shall remain binding in the event the case is converted.

**IT IS SO ORDERED.**

Submitted by:

Dated this 9th day of May, 2019

____*/s/Christine A. Roberts*____
CHRISTINE A. ROBERTS, ESQ.
LAW OFFICES OF CHRISTINE A. ROBERTS
3815 S Jones Blvd. Suite 5
Las Vegas, NV 89103
Attorney for HLS of Nevada LLC *dba* Nevada West Financial

- 2 -

346400-v1