_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 19, 2019

The Law Offices of Christine A. Roberts PLLC
Christine A. Roberts, Esq.
Nevada Bar No: 6472
3815 S. Jones Blvd. Suite 5
Las Vegas, NV 89103
Telephone: (702) 728-5285
Email: christine@crobertslaw.net

Attorneys for HLS of Nevada LLC *dba* Nevada West Financial

UNITED STATES BANKRUPTCY COURT
District of Nevada

| | |
|---|---|
| In Re | ) CASE NO.: BK-S- 18-16305-MKN |
| | ) |
| KIMBERLY YAVONNE BUSTAMANTE | ) Chapter 13 |
| | ) |
| Debtor. | ) **ORDER GRANTING STIPULATION TO** |
| | ) **VACATE EX PARTE APPLICATION FOR** |
| | ) **RELIEF FROM STAY** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Creditor, HLS of Nevada LLC *dba* Nevada West Financial of the above-entitled bankruptcy Estate ("the Creditor"), by and through its attorney Christine A. Roberts, Esq. of The Law Offices of Christine A. Roberts PLLC, the Stipulation to Vacate Ex Parte Application for Relief From Stay having been filed the Court orders the following:

- 1 -

346400-v1

1    **IT IS HEREBY ORDERED** that the Stipulation to Vacate Ex Parte Application for Relief

2   From Stay is granted;

3    **IT IS SO ORDERED.**

4    Submitted by:

5   | Dated this 18th day of July, 2019 |
6
7   | _____*/s/Christine A. Roberts*_____ |
8   | CHRISTINE A. ROBERTS, ESQ. |
9   | LAW OFFICES OF CHRISTINE A. ROBERTS |
    | 3815 S Jones Blvd. Suite 5 |
10  | Las Vegas, NV 89103 |
    | Attorney for HLS of Nevada LLC *dba* Nevada |
11  | West Financial |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28