SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone:  (702) 382-6440
Fax Number: (702) 384-9102
Email: stephens@sullivanhill.com

Attorneys for Creditor, HLS of Nevada, LLC
dba Nevada West Financial

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>KIMBERLY YAVONNE BUSTAMANTE,<br><br>Debtor. | CASE NO. BK-S-18-16305-mkn<br><br>Chapter 13<br><br>*AMENDED*[1] **STIPULATION TO VACATE HEARING**<br><br>Hearing:   February 9, 2022<br>Time:       9:30 p.m.<br>Judge:      Hon. Mike K. Nakagawa<br>                 Foley Federal Building<br>                 300 Las Vegas Blvd. South<br>                 Las Vegas, NV 89101 |

TO THE HONORABLE MIKE K. NAKAGAWA, COUNSEL, AND ALL INTERESTED PARTIES:

This Stipulation is entered into by and between Movant, HLS of Nevada LLC dba Nevada West Financial ("Secured Creditor"), Debtor, Kimberly Y. Bustamante ("Debtor") and Trustee, Kathleen A. Leavitt ("Trustee") ("Parties") by and through their respective counsel as follows:

WHEREAS, Secured Creditor filed its Motion for Relief from Stay 2011 Kia Sorrento ("Motion") on June 26, 2020 [ECF 84], opposed by Debtor [ECF 92] and initially set for hearing on July 29. 2020 [ECF 88];

---

[1] Amended to correct the case caption.

#5032101v1                                               1

1     WHEREAS, the matter was continued six times to allow Debtor an opportunity to cure prepetition arrearages on the vehicle [ECF 99], [ECF 109], [ECF 112], [ECF 118], [ECF 120] and [ECF 122];

    WHEREAS, the matter was again continued to February 9, 2022 at 9:30 a.m. [ECF 134];

    WHEREAS, Secured Creditor confirmed receipt of a check from the Trustee in the amount of $324.00, which finally cured the prepetition arrearages;

    WHEREAS, Parties agree to vacate the hearing on the Motion set for February 9, 2022 at 9:30 a.m.

**IT SO STIPULATED.**

Dated:    February 4, 2022    SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By:    */s/ Elizabeth E. Stephens*
Elizabeth E. Stephens
Attorneys for HLS of Nevada LLC dba
Nevada West Financial

Dated:    February 4, 2022    FREEDOM LAW FIRM, LLC

By:    */s/ Benjamin Chambliss*
Benjamin Chambliss
Attorneys Debtor, Kimberly Y. Bustamante

Dated:    February 4, 2022

By:    */s/Sarah E. Atwood*
Sarah E. Atwood
Attorney for Chapter 13 Standing Trustee

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone:    (702) 382-6440
Fax Number:  (702) 384-9102
Email: stephens@sullivanhill.com


Attorneys for Creditor, HLS of Nevada, LLC
dba Nevada West Financial

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | CASE NO. BK-S-18-16305-mkn |
| KIMBERLY YAVONNE BUSTAMANTE | Chapter 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| | Hearing:  February 9, 2022<br>Time:     9:30 a.m.<br>Judge:    Hon. Mike K. Nakagawa<br>          Foley Federal Building<br>          300 Las Vegas Blvd. South<br>          Las Vegas, NV 89101 |

.

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 600 B Street, Suite 1700, San Diego, California 92101. On **February 4, 2022**, I served the foregoing document(s), described as:

    **1.**    **AMENDED STIPULATION TO VACATE HEARING**

☒    by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

    ☒    **ECF SYSTEM** On **February 4, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

#5035069v1                                                    1

- GEORGE HAINES    igotnotices@freedomlegalteam.com
- •EDWARD KANIA    ekania@vegas-evictions.com, ekguy13@gmail.com
- •DAVID KRIEGER    dkrieger@nvbankruptcyattorneys.com, fhqxmnna@mailparser.io;smiller@kriegerlawgroup.com;dkrieger@kriegerlawgroup.com;NevadaBankruptcyAttorneysLLC@jubileebk.net;ign@nvbankruptcyattorneys.com;graham@kriegerlawgroup.com
- •KATHLEEN A. LEAVITT    courtsecf3@las13.com
- •CHRISTINE A ROBERTS    Christine@crobertslaw.net, lynn@crobertslaw.net
- •ELIZABETH E. STEPHENS    stephens@sullivanhill.com, hill@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com

☐ **UNITED STATES MAIL, postage fully prepaid**:

There are no manual notice recipients.

I declare under penalty of perjury that the foregoing is true and correct. Executed on **February 4, 2022**, at San Diego, California.

                                                      */s/ Linda Gubba-Reiner*
                                                     Linda Gubba-Reiner